IGNACIA S. MORENO
Assistant Attorney General
Environmental & Natural Resources Division
LORI JONAS
Email: Lori.Jonas@usdoj.gov
State Bar No.: 158268
GABRIEL ALLEN
E-mail: Gabriel.Allen@usdoj.gov
Georgia Bar No.: 740737
Environmental Enforcement Section
Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-1032
Attorneys for Plaintiff United States of America

KAMALA D. HARRIS
Attorney General of the State of California
J. MATTHEW RODRIQUEZ
Chief Assistant Attorney General
SALLY MAGNANI
Acting Senior Assistant Attorney General
ANN RUSHTON State Bar No. 62597
E-mail: Ann.Rushton@doj.ca.gov
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 897-2608
Fax: (213) 897-2802
Attorneys for Plaintiff Department of Toxic Substances Control

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, <br><br> Plaintiffs, <br><br> v. <br><br> ANDRUSS FAMILY TRUST, et al., <br><br> Defendants. | **Case No. CV 07-6873 ABC (RCx)** <br><br> **[PROPOSED] ORDER ENTERING CONSENT DECREE** |

**[PROPOSED] ORDER ENTERING CONSENT DECREE**

The Court has considered United States of America and California Department of Toxic Substances Control's ("Plaintiffs") Renewed Motion to Approve Consent Judgment (Dkt. No. 64), which resolves claims against all parties related to the groundwater contamination at the South El Monte Operable Unit of the San Gabriel valley Area 1 Superfund Site.

The Court finds that the Consent Decree is fair, reasonable, in the public interest, and consistent with the purposes of CERCLA, and hereby GRANTS Plaintiffs' request.

It is hereby ORDERED that the Proposed Consent Decree between Plaintiffs and Defendants shall be entered by the Court in this case.

Date: June 20, 2011

*/s/ Audrey B. Collins*
HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE