IGNACIA S. MORENO
Assistant Attorney General
Environmental & Natural Resources Division
LORI JONAS
Email: Lori.Jonas@usdoj.gov
State Bar No.: 158268
GABRIEL ALLEN
E-mail: Gabriel.Allen@usdoj.gov
Georgia Bar No.: 740737
Environmental Enforcement Section
Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-1032
Attorneys for Plaintiff United States of America

KAMALA D. HARRIS
Attorney General of the State of California
SALLY MAGNANI
Senior Assistant Attorney General
BRIAN HEMBACHER
Supervising Deputy Attorney General
OLIVIA W. KARLIN
Deputy Attorney General
California Department of Justice
300 South Spring Street
Los Angeles, CA 90013
State Bar No. 150432
Telephone: (213) 897-0473
Attorneys for Plaintiff California Department of Toxic Substances Control

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANDRUSS FAMILY TRUST et al.<br><br>    Defendants. | **[~~PROPOSED~~ JUDGMENT AND ORDER CLOSING CASE]**<br><br>Case No. CV 07-6873 ABC (RCx)<br><br>[Consolidated for pretrial and trial purposes with CV 02-4565 ABC (RCx); CV 02-5909 ABC (RCx); CV 02-6350 ABC (RCx); CV 02-6346 ABC (RCx)]<br><br>Hearing Date: No Hearing Scheduled<br>Judge: Hon. Audrey B. Collins |

1    As a result of the Consent Decree filed in this action (Dkt. No. 98-2), the Order entering
2 such Consent Decree (Dkt. No. 100), and the Notice of Resolution of All Matters (Dkt. No 1273,
3 *United States et al. v. Seachrome Corp. et al.*, Case No. CV 02-4565), the Court finds that there
4 are no remaining claims to adjudicate in the above-referenced matter and therefore enters a final
5 Judgment and Order closing this case.  All parties shall bear their own attorneys' fees and costs.
6
7 Dated: 2/21/13                                    By: _*Audrey B. Collins*_  _____
8                                                   Judge of the U.S. District Court
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1